**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| **THIS DOCUMENT RELATES TO:**<br><br>Elizabeth Mueller<br>*Individually, and as personal representative of the estate of*<br>David Mueller<br><br>Case No. 1:16-cv-00910<br>v.<br><br>Eli Lilly and Company et al | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against all defendants, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

*/s/ Brian John Perkins*
Brian John Perkins
Meyers & Flowers, LLC.
3 North Second St.
Suite 300
St. Charles, IL 60174
(630) 232-6333
Email: bjp@meyers-flowers.com
*Attorneys for Plaintiff*

*/s/ Andrew K. Solow*
Andrew Keith Solow
Arnold & Porter LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7740
Email: andrew.solow@arnoldporter.com

*Counsel for Auxilium Pharmaceuticals, LLC
(f/k/a Auxilium Pharmaceuticals Inc.), and
GlaxoSmithKline, LLC.*

*/s/ David Stanley*
David Stanley
Reed Smith Llp
355 S. Grand Avenue
Suite 2900
Los Angeles, CA 90071
(213) 457-8000
Email: dstanley@reedsmith.com

*Counsel for Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial Pty Ltd., Acrux DDS PTY Ltd.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                           */s/ Andrew Solow*
                                           Andrew Solow